Terry PROCTOR; Reginald R. Early; Charles Watkins–Bey, Plaintiffs,

**Troy Roddy, Appellant,**

Michael X. Furlough; Vincent Hussey; Randy Jones, Plaintiffs,

v.

Larry NORRIS, Director, Arkansas Department of Correction; G. David Guntharp, Ex–Grievance Deputy Director, Arkansas Department of Correction; Ray Hobbs, Deputy Director, Arkansas Department of Correction; Larry May, Deputy Director, Arkansas Department of Correction; Greg Harmon, Warden, Maximum Security Unit, Arkansas Department of Correction; Steve Outlaw, Assistant Warden, Maximum Security Unit, Arkansas Department of Correction; Charles McIntosh, Classification Officer, Maximum Security Unit, Arkansas Department of Correction; George Brewer, Classification Head Administrator, Arkansas Department of Correction; Richard E. Wimberly, Chief of Security, Maximum Security Unit, Arkansas Department of Correction; R.D. Bailey, Unit (B) Manager, Maximum Security Unit, Arkansas Department of Correction, Appellees.

---

Terry Proctor, Plaintiff,

Reginald R. Early, Appellant,

Charles Watkins–Bey; Troy Roddy; Michael X. Furlough; Vincent Hussey; Randy Jones, Plaintiffs,

v.

Larry Norris, Director, Arkansas Department of Correction; G. David Guntharp, Ex–Grievance Deputy Director, Arkansas Department of Correction; Ray Hobbs, Deputy Director, Arkansas Department of Correction; Larry May, Deputy Director, Arkansas Department of Correction; Greg Harmon, Warden, Maximum Security Unit, Arkansas Department of Correction; Steve Outlaw, Assistant Warden, Maximum Security Unit, Arkansas Department of Correction; Charles McIntosh, Classification Officer, Maximum Security Unit, Arkansas Department of Correction; George Brewer, Classification Head Administrator, Arkansas Department of Correction; Richard E. Wimberly, Chief of Security, Maximum Security Unit, Arkansas Department of Correction; R.D. Bailey, Unit (B) Manager, Maximum Security Unit, Arkansas Department of Correction, Appellees.

Nos. 00–3392, 00–3393.

United States Court of Appeals, Eighth Circuit.

Submitted April 5, 2001.

Decided April 16, 2001.

Before HANSEN, MORRIS SHEPPARD ARNOLD, and BYE, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Arkansas inmates Troy Roddy and Reginald R. Early appeal from the district court's[1] 28 U.S.C. § 1915A(b)(1) dismissal of their 42 U.S.C. § 1983 complaint. Having carefully reviewed the record and appellants' brief, we agree with the district court that, for the reasons the court explained, the complaint failed to state a claim. *See Cooper v. Schriro,* 189 F.3d 781, 783 (8th Cir.1999) (per curiam) (de novo review). Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable William R. Wilson, Jr., United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Henry L. Jones, Jr., United States Magistrate Judge for the Eastern District of Arkansas.